In the Matter of the Transfer Tax upon the Estate of ABRAM NESBITT, Deceased.

STATE TAX COMMISSION, Appellant; SECOND NATIONAL BANK OF WILKESBARRE, as Executor, Respondent.

*Tax — transfer tax — non-resident decedent — basis of deductions for foreign debts and administration expenses.*

*Matter of Nesbitt,* 204 App. Div. 504, affirmed.

(Argued November 19, 1923; decided December 4, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 2, 1923, which reversed an order of the New York County Surrogate's Court assessing a transfer tax upon the estate of Abram Nesbitt, deceased. The decedent was a non-resident of this state. The Appellate Division decided that the value of the real property of

the decedent, both within and without the state of New York, should be included in determining the proportion of deductions allowable for foreign debts and administration expenses.

*A. Welles Stump* and *Charles A. Curtin* for appellant. *William L. Woodward* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., McLAUGHLIN, CRANE and ANDREWS, JJ. Dissenting: HOGAN, CARDOZO and POUND, JJ.